UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLIAM O CASS, JR., Administrator,**    Case No. **3:12-CV-248**

    Plaintiff,    **Judge Timothy S. Black**

**-vs-**

**CITY OF DAYTON**, *et al.*,

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 16) is **GRANTED**; Defendants' Motion to Bifurcate Trial on the Individual Liability Claims and Municipal Liability Claims (Doc. 17) is **DENIED AS MOOT**; and the case is **CLOSED** from the docket of the Court.

Date: 11/4/2013    **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk